UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY J. GRAY-BEY, | CIVIL NO. 07-4196 (JNE/JSM) |
| Petitioner, | |
| v. | ORDER |
| W. CRUZ, Warden, | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 20, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as Moot [Docket No. 13] is GRANTED.

2. The Petition for Writ of Habeas Corpus [Docket No. 1] is DISMISSED.

Dated: September 14, 2009

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge